438 A.2d 632

In The Interest Of Elias Colon.

Appeal of Elias Colon.

Submitted March 21, 1980.   William F. Ochs, Jr., Public Defender, for appellant;  Michael J. Morrissey, District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.